**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Frank E. GREENBERG, Respondent.**

**No. 527 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 15, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 15th day of June, 1999, there having been filed with this Court by Frank E. Greenberg his verified Statement of Resignation dated May 7, 1999, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Frank E. Greenberg be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**John Gabriel DiLEONARDO, Respondent.**

**No. 528 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 15, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 15th day of June, 1999, there having been filed with this Court by John Gabriel DiLeonardo his verified Statement of Resignation dated May 3, 1999, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of John Gabriel DiLeonardo be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.